# EXHIBIT E

# STATE OF ARKANSAS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**

FILE NUMBER 2018020274



| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | BARBARA JEAN BROWN |
| 2. SEX | FEMALE |
| 3a. DATE OF DEATH | AUG. 27, 2018 |
| 3b. TIME OF DEATH | 06:20 PM |
| 4. SOCIAL SECURITY NO. | -2683 |
| 5a. AGE – Last Birthday (Years) | 87 |
| 6. DATE OF BIRTH | 1931 |
| 7. BIRTHPLACE | SHERIDAN, AR |
| 8a. RESIDENCE STATE | ARKANSAS |
| 8b. COUNTY | NEVADA |
| 8c. CITY OR TOWN | PRESCOTT |
| 8d. NUMBER AND STREET | 118 RIDGEWOOD RD |
| 8f. ZIP CODE | 71857-2803 |
| 8g. INSIDE CITY LIMITS? | YES |
| 9. EVER IN US ARMED FORCES? | NO |
| 10. MARITAL STATUS AT TIME OF DEATH | MARRIED |
| 11. SURVIVING SPOUSE'S NAME | HERMAN BROWN |
| 12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL | DECEDENT'S HOME |
| 12c. COUNTY OF DEATH | NEVADA |
| 12d. FACILITY NAME | HOME |
| 12e. CITY OR TOWN | PRESCOTT |
| 12f. ZIP CODE | 71857-2803 |
| 13. FATHER'S NAME | MARCUS NEWTON SHELTON |
| 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | LAURA JANE WALKER |
| 15a. INFORMANT'S NAME | HERMAN BROWN |
| 15b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 15c. MAILING ADDRESS | 118 RIDGEWOOD RD, PRESCOTT, AR, 71857-2803 |
| 16a. METHOD OF DISPOSITION | BURIAL |
| 16b. PLACE OF DISPOSITION | PINEY GROVE CEMETERY |
| 16c. LOCATION – CITY, TOWN, AND STATE | PRESCOTT, ARKANSAS |
| 17a. EMBALMER'S NAME | CARLTON EDWARD MCKINNON |
| 17b. EMBALMER'S LICENSE # | 21333 |
| 17c. SIGNATURE | /s/ BEN L BRAZZEL |
| 17d. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | BRAZZEL-CORNISH MORTUARY, 1196 HWY 371, PRESCOTT, AR, 71857 |
| 17e. LICENSE # | 070 |
| 18a. DATE PRONOUNCED DEAD | AUG. 27, 2018 |
| 18b. TIME PRONOUNCED DEAD | 06:20 PM |
| 18c. NAME AND TITLE OF PERSON PRONOUNCING DEATH | DAVID JAMES GUMMESON, CORONER |
| 19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |

## 20. CAUSE OF DEATH

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | UNKNOWN NATURAL CAUSES | UNKNOWN |
| b. | COMPLICATIONS FROM NEOPLASM OF THE STOMACH | MONTHS |
| c. | N/A | N/A |
| d. | N/A | N/A |

PART II. Other significant conditions contributing to death: UNKNOWN

| Field | Value |
|---|---|
| 21a. WAS AN AUTOPSY PERFORMED? | NO |
| 21b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 22. MANNER OF DEATH | NATURAL |
| 23. DID TOBACCO USE CONTRIBUTE TO DEATH? | NO |
| 24. IF FEMALE | NOT PREGNANT WITHIN THE PAST YEAR |

26a. CERTIFIER: ☒ Coroner – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

SIGNATURE: /s/ DAVID JAMES GUMMESON
TITLE: CORONER
DATE: AUGUST 29, 2018

26b. NAME AND COMPLETE MAILING ADDRESS OF PERSON SIGNING ITEM 26a.
DAVID JAMES GUMMESON, CORONER
1509 NEVADA 18, PRESCOTT, AR, 71857

27a. SIGNATURE OF REGISTRAR: *Shirley Louie*
27b. FOR REGISTRAR ONLY – DATE FILED: AUG. 29, 2018

+ DENOTES AMENDED ITEMS



SEAL — ARKANSAS DEPARTMENT OF HEALTH, LITTLE ROCK, ARK.

SEP 10 2018

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

*Shirley Louie*
Shirley Louie
State Registrar

6217857
6217857

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.

VR-112