## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

New York Life Insurance and Annuity Corp
Plaintiff

v.                                                                4:21-cv-00490-O
                                                                  Civil Action No.

Barbara Brown Family Trust DTD 3/12/2010,"gv'crÍ
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

New York Life Insurance and Annuity Corporation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

New York Life Insurance and Annuity Corporation is a wholly-owned subsidiary of New York Life Insurance Company, a mutual insurance company. New York Life Insurance and Annuity Corporation is not a subsidiary of any other entity which owns 10% or more of the stock of the New York Life Insurance Company.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

| | |
|---|---|
| Date: | 4/1/2021 |
| Signature: | *[signature]* |
| Print Name: | Sinead O'Carroll |
| Bar Number: | 24013253 |
| Address: | 3711 S Mopac Expy, Bldg 1, Ste 500 |
| City, State, Zip: | Austin, TX 78746 |
| Telephone: | (512) 334-4500 |
| Fax: | (512) 334-4492 |
| E-Mail: | socarroll@reevesbrightwell.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons