IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-CV-490-O |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff New York Life Insurance and Annuity Corporation's ("Plaintiff") Motion to Withdraw and Substitute Counsel. The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Sinéad O'Carroll and the law firm Reeves & Brightwell LLP are withdrawn as counsel of record for Plaintiff and shall be removed from the electronic service list of this case, and that Linda G. Moore and the law firm of Estes Thorne & Carr PLLC are substituted as counsel of record for Plaintiff in this case.

IT IS FURTHER ORDERED that all notices, papers, and pleadings in this action be served on Plaintiff's counsel as follows:

-1-

Linda G. Moore
Estes Thorne & Carr, PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
lmoore@estesthornecarr.com

SO ORDERED.

Signed April ___, 2021.

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE