IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No.  4:21-cv-00490-O |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw and Substitute Counsel for Plaintiff New York Life Insurance and Annuity Corporation (ECF No. 4), filed April 7, 2021. Plaintiff has already retained substitute counsel, Linda G. Moore and the law firm of ETC, because they reside in and maintain their principal office in the Northern District of Texas. Therefore, the Motion must be **GRANTED**. Sinead O'Carroll is hereby discharged as counsel.

SO ORDERED on this **7th day** of **April, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE