AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| New York Life Insurance and Annuity Corporation<br>*Plaintiff*<br>v.<br>Barbara Brown Family Trust DTD 3/12/2010 et al<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 4:21-cv-00490-O |

## Summons in a Civil Action

**TO:** Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018
5103 Chad Dr.
Arlington, Texas 76017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Linda Moore
3811 Turtle Creek Blvd., Suite 2000
Dallas , TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 04/08/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No.  4:21-cv-00490-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                                           Server's signature

                                                    _____
                                                                       Printed name and title

                                                    _____
                                                                          Server's address

Additional information regarding attempted service, etc: