IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:21-CV-490-O |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018, | § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER FOR DEPOSIT

Plaintiff, New York Life Insurance and Annuity Corporation ("NYLIAC"), has filed its Complaint in Interpleader [Dkt. #1] and moved to deposit into the registry of this Court: (1) a check in the amount of $14,058.25 plus applicable interest, representing the death benefit payable under NYLIAC Annuity Policy Number XXXXX460, by reason of the death of Barbara Jean Brown (the "Annuitant"); and (2) a check in the amount of $33,187.56, plus applicable interest, representing the death benefit payable under NYLIAC Annuity Policy Number XXXXX198, by reason of the death of the Annuitant.

2

After considering Plaintiff's Motion, the Court GRANTS the Motion, and it is ordered that the Clerk of this Court shall accept the aforesaid checks and shall receive such funds into the registry of this Court for ultimate disposition by order of this Court in this action.

IT IS SO ORDERED.

SIGNED ____ day of _____, 2021

 

                                                              REED C. O'CONNOR
                                                              UNITED STATES DISTRICT JUDGE