IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018, | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00490-O |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiff's Motion to Deposit Funds in the Registry of the Court (ECF No. 12), filed May 3, 2021. Plaintiff does not dispute that death benefits are owed but cannot determine factually or legally who is entitled to the death benefits at this time. Therefore, the Motion to deposit $14,058.25, plus interest (under Policy XXXXX460) and $33,187.56, plus interest (under Policy XXXXX198) is **GRANTED.** The Clerk is directed to hold these funds in the registry of the Court.

**SO ORDERED** on this **4th day of May, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE