IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018,<br><br>Defendants. | Civil Action No. 4:21-cv-00490-O |

## DEFENDANT BOB SHELTON'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE U.S. DISTRICT JUDGE:

Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018 ("Shelton"), files his Certificate of Interested Persons as follows:

1. Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018;

2. Sharon Kay Britton, as Co-Trustee of the Barbara Jean Brown Family Trust DTD 3/12/2010;

3. Ken Britton, as Co-Trustee of the Barbara Jean Brown Family Trust DTD 3/12/2010;

1

4. New York Life Insurance and Annuity Corporation ("NYLIAC").

Respectfully submitted,

/s/   Harvey G. Joseph
HARVEY G. JOSEPH
State Bar No. 11027850
**LAW OFFICES OF HARVEY G. JOSEPH**
P.O. Box 810485
Dallas, Texas 75381-0485
(214) 769-6078 (telephone)
(214) 426-1246 (facsimile)
hjoseph197@aol.com

**ATTORNEY FOR BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this, the 10th day of May, 2021, the foregoing document was electronically submitted to the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to the following individual who has consented in writing to accept this Notice as service of this document by electronic means:

| Ms. Linda G. Moore | ✔ Via ECF |
| **ESTES THORNE & CARR PLLC** | ___ Via Certified Mail, RRE |
| 3811 Turtle Creek Blvd. Suite 2000 | ___ Via Facsimile |
| Dallas, Texas 75219 | ___ Via Regular Mail |

/s/   Harvey G. Joseph
HARVEY G. JOSEPH

2