Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Texas

### Fort Worth  Division

**FILED**

**June 1, 2021**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

| | |
|---|---|
| New York Life Insurance and Annuity Corporation | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| See Attached | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No.   4:21-cv-490

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I.   The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | See Attached |
| Street Address | 267 South Sunset Dr |
| City and County | Littleton, Warren |
| State and Zip Code | NC 27850 |
| Telephone Number | 252-586-7447 |
| E-mail Address | See Attached |

### II.   The Answer and Defenses to the Complaint

#### A.   Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint.  Number the paragraphs.  The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc.  For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

**B.**      **Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1.      The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

NA

2.      The court does not have personal jurisdiction over the defendant because *(briefly explain)*

NA

3.      The venue where the court is located is improper for this case because *(briefly explain)*

NA

4.      The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

NA

5.      The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

NA

6.      The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

NA

7.      Another party *(name)* _____ needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

NA

a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* _____ .

Or is a citizen of *(foreign nation)* _____ . The amount of

damages sought from this other party is *(specify the amount)* _____ .

b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

**C.    Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

PLEASE SEE ATTACHED "THE DEFENDANT'S ANSWER and DEFENSES TO THE COMPLAINT"

_____

is barred by *(identify one or more of the following that apply)*:

1.    Accord and satisfaction *(briefly explain)*

_____

2.    Arbitration and award *(briefly explain)*

_____

3.    Assumption of risk *(briefly explain)*

_____

4.    Contributory or comparative negligence of the plaintiff *(briefly explain)*

_____

5.    Duress *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

6.       Estoppel *(briefly explain)*

7.       Failure of consideration *(briefly explain)*

8.       Fraud *(briefly explain)*

9.       Illegality *(briefly explain)*

10.      Injury by fellow employee *(briefly explain)*

11.      Laches (Delay) *(briefly explain)*

12.      License *(briefly explain)*

13.      Payment *(briefly explain)*

14.      Release *(briefly explain)*

15.      Res judicata *(briefly explain)*

16.    Statute of frauds *(briefly explain)*

17.    Statute of limitations *(briefly explain)*

18.    Waiver *(briefly explain)*

19.    Other *(briefly explain)*

**D.    Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought.  Do not make legal arguments.  State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct.  If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1.    The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:
      NA

2.    The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:
      NONE AT THIS TIME

3.    State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

a.   The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

b.   The defendant seeks the following damages or other relief *(specify)*:

## III.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   05/28/2021

Signature of Defendant   *Sharon Kay Britton*   *Ken Britt*
Printed Name of Defendant   SHARON KAY BRITTON   KEN BRITTON

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____

Case # 4:21-cv-00490-O, NY Life & Annuity filed 04/01/2021

**Defendants:**

**Barbara Brown Family Trust DTD 3/12/2010;**
**Barbara Jean Brown Living Trust DTD 3/12/2010;**
**Sharon Kay Britton and Ken Britton, as co-Trustees**
**of the Barbara Jean Brown Family Trust**
**DTD 3/12/2010; Barbara Jean Brown Living Trust**
**DTD 5/29/2018; Bob Shelton, as Trustee of**
**Barbara Jean Brown Living Trust DTD 5/29/2018,**

## THE DEFENDANT'S ANSWER and DEFENSES TO THE COMPLAINT

### I.   The Parties Filing This Answer to the Complaint

| | |
|---|---|
| Name | Sharon Kay Britton and Ken Britton, as co-Trustees of the Barbara Jean Brown Family Trust |
| Email Address | mrs.sharon.britton@gmail.com |
| | mr.ken.britton@gmail.com |

### II.   The Answer and Defenses to the Complaint

### A.   Answering the Claims for Relief

1.   As to Paragraph 1, we admit.

2.   As to Paragraph 2, Sharon admits knowledge via verbal communications with Barbara Jean Brown, decedent, that Barbara established a Trust.  Sharon admits knowledge of the name Barbara Jean Brown Family Trust upon receipt on March 8, 2019, of a 9x12 white envelope addressed to Barbara Jean Brown Family Trust, 267 S Sunset Dr, Littleton, NC 27850, postmarked March 1, 2019, and containing a letter addressed "Dear Trustee(s), stapled to a packet,

1

measuring 8 ½" x 11 ¾ ", entitled "Helping you through this difficult time".

***Please see attached Britton Exhibit A.***

On March 17, 2019, I sent Bob Shelton, Trustee of The Barbara Jean Brown Living Trust, an email which detailed the contents of the New York Life Insurance mail. Mr. Shelton replied via email dated March 19, 2019.  I did nothing more as I did not wish to interfere with the Trustee's duties nor did the trust name of Barbara Jean Brown Family Trust register as a problem since Mr. Shelton had access to prior trust documents and could provide whatever was needed by NYLIAC.  ***Please see attached Britton Exhibit B.***

We, Sharon and Ken, deny any other knowledge, whether verbal or written, about the Barbara Jean Brown Family Trust until documents were delivered on April 5, 2021, via email from Grace Pyun of d'Arcambal, Ousley & Cuyler Burk LLP representing NYLIAC regarding its filed complaint. ***Please see attached Britton Exhibit C.***

3.      As to Paragraph 3, we admit knowledge of The Barbara Jean Brown Living Trust and that it was formed in the state of Arkansas with the full name being The Barbara Jean Brown Living Trust of March 9, 1998, (as restated on May 29, 2018) which was prepared by attorney John K. Ross, Ross & Shoalmire, 1820 Galleria Oaks Drive, Texarkana, TX 75503, at telephone 903-223-5653.  We will provide the Court with a copy of the BJB "Living Trust" if the Court orders. We deny knowledge regarding:

        1)      the date of its formation;

        2)      any other prior names;

2

3)      any amendments or restatements prior to the death of

Barbara Jean Brown;

4)      any written content; or

5)      the existence of The Barbara Jean Brown Trust of March 9, 1998,

as documented in NYLIAC Exhibit C until receipt of NYLIAC

Complaint in Interpleader and the Exhibits.

4.      As to Paragraph 4, we admit Sharon Kay Britton is an adult, living in North Carolina.  Sharon admits knowledge of Barbara naming Ken and Sharon as co-Trustees of a trust but denies any knowledge of its name or date of formation.

5.      As to Paragraph 5, we admit Ken Britton is an adult, living in North Carolina. Ken admits knowledge of Barbara naming Ken and Sharon as co-Trustees of a trust but denies any knowledge of its name or date of formation.

6.      As to Paragraph 6, we admit.

7.      As to Paragraph 7, we admit.

8.      As to Paragraph 8, we admit.

9.      As to Paragraph 9, We, Sharon and Ken Britton, lack sufficient knowledge to admit or deny the amount in controversy exceeds $75,000.00.

10.      As to Paragraph 10, we admit.

11.      As to Paragraph 11, we admit noting the "Lifetime Income Annuity" being a "Qualified Annuity Plan" with a "Plan Type" as an IRA.  **See Plaintiff Exhibit A, Page ID 11.**

12.      As to Paragraph 12, we admit NYLIAC issued a Lifetime Income Annuity Policy but due to the policy number being redacted, we lack sufficient

knowledge to admit or deny the policy number.  The redacted policy number in Plaintiff's Exhibit B is shown as: ████ 9 60, which is different than "No. xxxx9640" as shown in the Complaint. **See Plaintiff Exhibit B, Page ID 85 and 88.**  Additionally:

1) There is an Endorsement to the Policy which states, "This policy is issued in place of policy ████ 9 460, issued September 22, 2010".  **See Plaintiff Exhibit B, Page ID 97;**

2) There is an Endorsement to the Policy entitled "Individual Retirement Annuity Endorsement."  **See Plaintiff Exhibit B, Page ID 86 and Exhibit B, Page ID 99.**

3) On September 3 and 4, 2018, while preparing an inventory of decedent's personal papers found in a bank safe box and a home safe, I, Sharon Britton, found no document or piece of paper that referenced the Application to NYLIAC or the Policy xxxx9640.

4) In same inventory of papers, several statements and one policy with Policy # ████ 0272 were found but later determined by ████ Brown, beneficiary, in contact with Gina Cromwell, Agent, NY Life & Annuity, Little Rock, Arkansas, as cancelled in 2015 by Barbara Jean Brown, the decedent.

5) In same inventory of papers, a single-pane window envelope with a return address of NY Life Securities LLC contained a

letter dated November 17, 2011, regarding "Notification of
Death Depending on Type of Trust", addressed to the Barbara
Jean Brown Living Trust, annuitant: Barbara Jean Brown,
Policy # ▪▪▪7638.  The actual policy was not found in the
bank safe box or the home safe.

6)      Both inventories were emailed to Trustee Bob Shelton on
September 8, 2018 and Microsoft Excel spreadsheets of the
Bank safe box and the home safe inventories were emailed
to Trustee Bob Shelton on September 12, 2018.

We admit to the remainder of Paragraph 12.

13.      As to Paragraph 13, we admit per material in **Plaintiff Exhibit C**.

14.      As to Paragraph 14, we admit per material in **Plaintiff Exhibit C, Page ID 129**.

15.      As to Paragraph 15, we admit per material in **Plaintiff Exhibit C, Pages 61 &
81.**

16.      As to Paragraph 16, we admit per material in **Plaintiff Exhibit D**.

In the inventories of Barbara Jean Brown papers, Policy # xxxx0198 was in the
home safe.  I, Sharon Britton, performed those inventories on September 3 and 4,
2018, at the home of decedent and her spouse, my dad.

17.      As to Paragraph 17, we admit and Sharon was present at her death.

18.      As to Paragraph 18, we admit per material in **Plaintiff Complaint.**

19.      As to Paragraph 19, we admit per material in **Plaintiff Exhibit F.**

20.     As to Paragraph 20, we agree with the entirety of the paragraph but note:

    1)     We have no prior knowledge of any original or restatements of the Barbara Jean Brown Living Trust of March 9, 1998, excepting the restatement of May 29, 2018.  I, Sharon, found several older dated trust documents in the bank safe deposit of Barbara Jean Brown upon her death but examined them only for dates, then listing on the inventory with the description of: "There were several envelopes of OLD drafts and/or final copies of trusts that had been replaced by the new one, Barbara Jean Brown Living Trust of March 9, 1998, (as restated on May 29, 2018. Those "several envelopes" were returned to the banker boxes for the Trustee Bob Shelton to examine.  ***Please see attached Britton Exhibit D.***

    2)     We agree that Bob Shelton provided exact copies of pages 1 and 5 of the Barbara Jean Brown Living Trust.  Due to pages 2 and 3 missing from Plaintiff's Exhibit F, possibly due to redaction, we can neither agree nor deny.  We deny page 4 of Plaintiff's Exhibit F being an exact copy, possibly due to redaction.

    We further note that Plaintiff likely mistyped the name of the trust as "Barbara Brown Living Trust".

    3)     We agree that page 34 in Plaintiff Exhibit F Page ID 289 is dated

April 23, 2015.  The applicable signatory and notary pages, 34

and 35, of the Barbara Jean Brown Living Trust of

March 9, 1998, as restated May 29, 2018, are attached.  ***Please***

***see attached Britton Exhibit E.***

Plaintiff Exhibit F, Page ID 290, trust document page A-1,

is not the Schedule A of the Trust restated May 29, 2018.

However, it is probably not important since the only difference

is the addition of real estate.

21.     As to Paragraph 21, we agree, and further state we intend to make no claim

for the Annuity Death Benefits with NYLIAC.  We rely on the fiduciary duties

of named Trustee Bob Shelton to make required distribution of qualified and

non-qualified benefits to all beneficiaries of the Trust per the terms of the Trust.

22.     As to Paragraph 22, we agree.

23.     As to Paragraph 23, we agree.

24.     As to Paragraph 24, we agree.

25.     As to Paragraph 25, we agree.

26.     As to Paragraph 26, we agree.

### ANSWER TO PRAYER FOR JUDGEMENT

As to Paragraphs (a), (c) through (e), we, Sharon and Ken Britton, agree.

As to Paragraph (b), we, Sharon and Ken Britton, agree to not institute or prosecute

NYLIAC in any state or United States court affecting the Annuity Death Benefits and/or

the Policy; however, upon release of the Annuity Death Benefits to Bob Shelton, Trustee

of the Barbara Jean Brown Living Trust of March 9, 1998 as restated May 29, 2018,

Sharon Kay Britton and Ken Britton, reserve all legal and constitutional rights, as

individuals and beneficiary (Sharon), of the Barbara Jean Brown Living Trust of March

Trustee Bob Shelton, his attorneys, agents, or persons in a position of fiduciary, or non-fiduciary position, in any state or United States court, in matters of the management, accounting, investment, distribution or any other action whether as Trustee of the aforementioned Trust or as individual.

As to Paragraphs (f) through (g), we lack sufficient knowledge to agree or deny. We disfavor any continuing action in this case by Trustee Bob Shelton since same will further diminish the funds of the Barbara Jean Brown Living Trust of March 9, 1998 as restated May 29, 2018. Further, we rely on the Court's decision for reasonable awards of attorney fees and costs or any other relief to NYLIAC.

## AFFIRMATIVE DEFENSES

Defendants, Sharon and Ken Britton, acted at all times in good faith and expeditiously, in accordance with applicable law, and without knowledge of any wrongful acts or intent.

Dated: May 27, 2021

Respectfully,

By: _Sharon Kay Britton_
Sharon Kay Britton, co-Trustee
Barbara Jean Brown Family Trust
267 South Sunset Dr
Littleton, NC  27850
(252) 586-7447
mrs.sharon.britton@gmail.com

By: _Ken Britton_
Ken Britton, co-Trustee
Barbara Jean Brown Family Trust
267 South Sunset Dr
Littleton, NC  27850
(252) 586-7447
mr.ken.britton@gmail.com

# EXHIBIT A

**NEW YORK LIFE**

New York Life Insurance Company
(A Delaware Corporation)
Life Claims Administration
PO Box 922
New York NY 10159-0922

February 27, 2019

BARBARA JEAN BROWN FAMILY TRUST
267 S SUNSET DR
LITTLETON NC 27850

*Rec'd 3/8/2019*

2



*The Company You Keep®*



New York Life Insurance Company
New York Life Insurance and Annuity Corporation
(A Delaware Corporation)
NYLIFE Insurance Company of Arizona
(Not licensed in every state)
P.O. Box 6916
Cleveland, OH 44101
1-800-695-9873
www.newyorklife.com

February 27, 2019

BARBARA JEAN BROWN FAMILY TRUST
267 S SUNSET DR
LITTLETON NC 27850

| | |
|---|---|
| Annuitant(s): | Barbara Jean Brown |
| Policy(s): | 74 739 460 |
| Claim No.: | 606747 |
| Beneficiary: | Barbara Jean Brown Family Trust dated March 9, 1998 Second Restatement March 12, 2010 |

## New York Life is here for you.

Dear Trustee(s):

Please accept our condolences for your loss. New York Life is committed to helping the beneficiary receive the benefits intended by our policy owner. To proceed with this claim, please submit the following:

- Death Benefit Proceeds form completed by the trustee(s) with the trust information, including the trust's Taxpayer Identification Number and signed by the trustee(s)
- Copy of the title, signature, and notary pages of the trust, including pages showing the trustee(s) and successor trustee(s), as well as any applicable amendments
- Confirmation of Trust completed by the trustee(s) with the trust information
- IRS form W-9 completed with the trust information including the trust's Tax Identification Number and signed by the trustee(s)

For your convenience, we have enclosed a postage paid return envelope. As soon as we receive the requested document(s), we will give this claim our immediate attention. Please be aware that any original documents needed to process this claim, such as the death certificate, will be retained in our records and cannot be returned.

If you think that we have been misinformed or if you have any additional information pertinent to the claim, please contact us at the toll-free number above. We will be pleased to consider any facts you submit. Any one of our representatives will be happy to assist you.

We stand by our promise to be there for our beneficiaries. Please know that our New York Life Agents are also here for you and may contact you to assist in the claim process, including delivery of the death benefit proceeds.

If you have any questions or need further assistance, please do not hesitate to contact a customer service representative at 1-800-695-9873 Monday through Friday, from 8 a.m. to 7 p.m. ET. Please say the word "Claims" at any time during the interactive menu to be transferred directly to the Claims Department.

On behalf of New York Life,
Mary Beth Duirk
Customer Service Claims

Enc.

3

# Helping through this difficult time.

New York Life Claim Kit for Individual Life Insurance and Annuity Death Proceeds



The Company You Keep®

# Death Benefit
# Proceeds For
# for Individ
# Life and
# Annuities

equently Asked Questions
oncerning Death Benefit Proceeds

n notification of an insured's death, how do
in a Death Benefit Proceeds form?

Premium rider, we may be able to consider a claim for
Waiver for Premium benefits, even after the insured's

Compliant
formation
Benefit

d: (a) if the death
contains the
the death
's issue date;

, may I submit
y's certified
death?
ptable.

beneficiary

e made to an
r, such as (i) a
s/Gifts to Minors
of the "Person and
gal representative
Number in the
e Death Benefit
sentative should
ary Signature

# Helping you
# through this
# difficult time.

# EXHIBIT B

**Sharon Britton**

| | |
|---|---|
| **From:** | Bob J Shelton <bjslaw@swbell.net> |
| **Sent:** | Tuesday, March 19, 2019 4:08 PM |
| **To:** | Sharon |
| **Cc:** | Paula Brown; Judy Brown |
| **Subject:** | Re: Forms from NY Life re Trust |

Sharon,

    NY Life is interfering with the administration of the Trust.  The only beneficiary of the annuity is the Trust as amended and restated.  I have already filed for the proceeds of the annuities as the Trustee of the Trust.

    If you have any questions or comments let me know.

Bob J. Shelton, President
Bob J. Shelton, P.C.
5103 Chad Dr.
Arlington, Texas 76017
Phone # 817-654-0277
Cell # 817-929-7277
Fax # 817-338-1051

On Sunday, March 17, 2019, 6:44:01 PM CDT, Sharon <mrs.sharon.britton@gmail.com> wrote:

Hi Bob,

NY Life sent a forms packet to me which consists of:
    Letter addressed to: Barbara Jean Brown Family Trust, to my address,

regarding Annuitant: Barbara Jean Brown, Policy: 74739460, Claim No.:  606747, Beneficiary: Barbara Jean Brown Family Trust dated March 9, 1998 Second Restatement March 12, 2010,

which states, "To proceed with this claim, please submit the following:
    Death Benefit Proceeds form completed by the trustee with the trust information including the trust's TIN and signed by the trustee.
    Copy of the title, signature, and notary pages of the trust, including pages showing the trustee and sucessor trustee as well as any applicable amendments.
    Confirmation of Trust completed by the trustee with the trust information.
    IRS Form W-9 completed with the trust information including the trust's TIN and signed by the trustee.

7

Forms packet named NY Life Claim Kit for Individual Life Insurance and Annuity Death Proceeds which includes the following forms.

    Instructions to complete Death Benefit Proceeds Form
    Payment Options for Death Benefit Proceeds and Settlement Alternatives
    Tax Withholding (for Annuities Only)
    Death Benefit Proceeds Form, 2 pages or front and back
    HIPAA Compliant Authorization
    Medical Information and Insurance
   Confirmation of Trust
   Prepaid Return Envelope addressed to:  NY Life and Annuity Corporation          2
                                           Death Benefit Proceeds Administration
                                           PO Box 130539
                                         Dallas, TX 75313-0539

I would scan these and email to you but my computer is going to repair shop tomorrow.  We just moved back to our house last week after living in the motel for a month after the tree fell on our house.  The computer was working fine when we left but now will not display on the monitor.  I'm thinking and hoping it is only a video card.  We are still putting our house in order from the repair requiring furniture and article removal from the damaged area so my time for other things are severely limited.  Hope you can get the forms direct from NY Life or possible online at their website.

The letter is signed by Mary Beth Duirk, Customer Service Claims
Customer Service Phone 800-695-9873

I have a few concerns and questions but I will get back in touch whenever things are more normal.

Sincerely,

Sharon Brown Britton
Beneficiary                                     3

# EXHIBIT C

| | |
|---|---|
| **From:** | Grace Pyun |
| **To:** | mrs.sharon.britton@gmail.com |
| **Subject:** | NYLife v. Barbara Jean Brown Family Trust et al. 4:21-cv-490 |
| **Date:** | Monday, April 05, 2021 1:59:24 PM |
| **Attachments:** | #1- 2.6 - Exhs A-F (00037298xD786C).pdf |
| | #1 Complaint in Interpleader (00037299xD786C).pdf |

Mrs. Britton

Thank you for speaking with me. Attached is the complaint and exhibits of the Interpleader action that was discussed. Can you please let me know as soon as possible whether you are willing to waive service of the complaint (vs. being personally served by a process server). You can also ask whether your attorney will receive service on your behalf. If you have any questions in the meantime, I can be reached by this email or my number is 212-971-3175 x 109 prior to you retaining representation on this matter.

Thank you,
Grace

**Grace Pyun**

**DOCB**

**d'Arcambal, Ousley & Cuyler Burk LLP**
**40 Fulton Street • Suite 1501**
**New York, NY 10038**
**(ph) 212-971-3175**
**(fx) 212-971-3176**
www.darcambal.com
gpyun@darcambal.com

*10*

# EXHIBIT D

| | |
|---|---|
| **From:** | Sharon Britton |
| **To:** | "bjslaw@swbell.net" |
| **Subject:** | Bank Safe Deposit, Listing of Contents |
| **Date:** | Saturday, September 08, 2018 1:15:00 PM |
| **Attachments:** | Listing of Bank Safe Deposit Contents, 18 pages, Sep 2018.jpg |

Hi Bob Jr,

First of all, it was so very good to see you for the first time since you and I were in school.  Too many years!

I am attaching 18 pages that I listed on the contents of the safe deposit box at Bank of Prescott that Mama kept.  It is my plan to type this into a more organized document, but thought you might need some of this info before I can accomplish that.

Being signers on the box, Buddy and Polly retrieved the contents on Tuesday, August 28.  Too busy with family, friends and the necessities of making final arrangements, we (Daddy and we children) did not have time to review the contents but the banker's box was kept in a safe place.  Judy and Polly went back to their respective homes while Daddy and I were at the cemetery with Mary Ann (Daddy's niece) and her family on Saturday, September 1, 2018.  On Sunday, after my inquiry, Buddy said he could clear any afternoon that Judy and Polly could make in order to go through the 'box'.  Tuesday afternoon was set.  In order to make that process speedier, Buddy and I agreed a list would satisfy that and provide you with information you might need.

I began the listing on Monday with a lot of detail, but as time was running out before my flight, I had to shorten the detail.  I was up late on Monday night and all night Tuesday before my flight back to NC.  I got it all listed but there was no time for me to read each policy or item.

On the Tuesday afternoon meeting, Daddy and all we children, quickly reviewed the list.  Buddy took the documents relative to the Sonic(s) which were licensee agreements, and plats.  Judy and Polly each took insurance policies and related documents to file claims.  I made notes in the margin of those items on the attached listing.

We also found that the "Barbara Jean Brown Living Trust of March 9, 1998, (as restated on May 29, 2018), did not have all the changes Mama had requested by letter to the attorney Mr. Ross of Ross & Shoalmire, Texarkana, Texas.  Buddy may have already contacted you on this by now.

Following this email, I will send a second listing for the contents of the home safe located in Mama's bedroom closet.

I am so glad Mama placed her trust in you to handle the administration of her wishes.  And I hope that all her children offer respect and cooperation with you towards that accomplishment.  If there is anything I can help with, please let me know.

Thanks so much for all you did or will do for my mama!  Much love to you and your beautiful wife,

# EXHIBIT E

**(a)    Singular and Plural; Gender**

Unless the context requires otherwise, words denoting the singular may be construed as plural and words of the plural may be construed as denoting the singular.  Words of one gender may be construed as denoting another gender as is appropriate within the context.

**(b)    Headings of Articles, Sections, and Subsections**

The headings of Articles, Sections, and subsections used within this agreement are included solely for the convenience and reference of the reader.  They have no significance in the interpretation or construction of this agreement.

**(c)    Governing Law**

Unless the Situs of Administration is changed as provided in Section 12.05, Arkansas law governs the validity and construction of this agreement.

**(d)    Severability**

The invalidity or unenforceability of any provision of this agreement shall not affect the validity or enforceability of any other provision of this agreement.

## Grantor and Trustee

I hereby execute this agreement on May _29_, 2018.

I certify that I have read this agreement, that I understand it, and that it correctly states the provisions under which the trust property is to be administered and distributed by my Trustee.

_Barbara Jean Brown_
**Barbara Jean Brown, Grantor and Trustee**

_Herman Brown_
**Herman Brown**

Barbara Jean Brown Living Trust

34

STATE OF ARKANSAS                              )
COUNTY OF NEVADA                               )

Before me, the undersigned Notary Public, on this day personally appeared Barbara Jean Brown and Herman Brown, known to me (or proved to me through identification) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Given under my hand and official seal this day, May _29_ , 2018.

```
┌─────────────────────────────────────────┐
│       KAREN S. McLELLAND                  │
│ NOTARY PUBLIC - Commission # 12398470     │
│ STATE OF ARKANSAS - NEVADA COUNTY         │
│  My Commission Expires April 19, 2024     │
└─────────────────────────────────────────┘
```

Notary Public, State of Arkansas
My commission expires _4-19-2024_

Barbara Jean Brown Living Trust
35
Ross & Shoalmire, LLP, 1820 Galleria Oaks Drive, Texarkana, Texas  (903) 223-5653

15

JS 44 (Rev. 10/20) - TXND (10/20)

## CIVIL COVER SHEET   Case # 4:21-cv-00490-O

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,

### DEFENDANTS
Barbara Brown Family Trust DTD 3/12/2010; Barbara Jean Brown Living Trust DTD 3/12/2010; Sharon Kay Britton & Ken Britton, as co-Trustees of the Barbara Jean Brown Family Trust DTD 3/12/2010; Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LINDA G MOORE, ESTES THORNE & CARR, PLLC
3811 TURTLE CREEK BLVD, STE 1200, DALLAS, TX 75219
LMOORE@ESTESTHORNECARR.COM

Attorneys *(If Known)*
Sharon Kay Britton & Ken Britton, Pro Se

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☒ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act |
| | | | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1335; 28 U.S.C. 1332; 28 U.S.C. 1391; 28 U.S.C. 1397
Brief description of cause: **Diverse citizenship; amount in controversy exceeds $75,000; substantial part of claim occurred in this district, one defendant lives in this judicial district.**

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE May 28, 2021
5/28/2021

SIGNATURE OF ATTORNEY OF RECORD
*Sharon Kay Britton   Ken Britton*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## United States District Court
## Northern District of Texas

### Electronic Case Filing (ECF) User Registration Form

An ECF user is able to electronically file documents and receive a Notice of Electronic Filing (NEF) of documents filed in ECF. Logins are issued in accordance with the requirements of the ECF Administrative Procedures Manual. Indicate your qualifying status to register as an ECF user by checking the appropriate box below and, if requested, provide the related case number for verification purposes.

☐ I am a licensed attorney admitted to the bar of the Northern District of Texas.

☐ I am a licensed attorney who is **NOT** admitted to the bar of the Northern District of Texas, but I:
    a. am currently going through the admission process;
    b. have been admitted pro hac vice or intend to apply for admission pro hac vice;
    c. intend to appear in an MDL case (see JPML Rule 2.1(c)); or
    d. am exempt from admission to practice pursuant to LR 83.11 to LCrR 57.11.

☑ I am a non-prisoner *pro se* party in a civil case.

    If yes, provide the case number: 4:21-cv-490

    (**Note:** A pro se litigant must file his or her first document in paper prior to receiving a login.)

### THE FOLLOWING INFORMATION IS REQUIRED FOR REGISTRATION:

First/Middle/Last Name:  Sharon Kay Britton

State of Admission (if any): na      Bar No. (if any):  na

Firm Name (if any):  na

Street Address: 267 South Sunset Dr

City:  Littleton      State: NC      Zip: 27850

Phone Number: 252-586-7447      Fax Number: na

Primary Email Address:  mrs.sharon.britton@gmail.com

(**Note:** You may add secondary email addresses once your application is processed and you receive your account credentials.)

**I consent under Fed. R. Civ. P. 5(b) to accept service electronically via my Primary or Secondary Email Address(es):**

*Sharon Kay Britton*
Applicant Signature

*May 4, 2021*
Date

**Return to:**      Attorney Admissions Clerk
           United States District Court
           1100 Commerce Street, Room 1452
           Dallas, TX 75242

           **Email:** attorney_txnd@txnd.uscourts.gov

           (**Only one application per email, please.**)

## Sharon Britton

**From:** Attorney_txnd <Attorney_txnd@txnd.uscourts.gov>
**Sent:** Tuesday, May 04, 2021 1:06 PM
**To:** Sharon Britton
**Subject:** RE: Signed ECF User Registration Form

Ms. Britton,

As indicated on the ECF User Registration form, a pro se litigant must file his or her first document in paper prior to receiving a login. After reviewing the cited case, I am not able to pinpoint a document which you have submitted to the Court in paper form. You will either need to let me know which document has been filed by you in this case, or submit a paper filing to the District Court. As the case has been filed in the Fort Worth Division of the Northern District, you would need to appear in person, or mail documents to the following address. Please let me know if you have any further questions.

United States District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Regards,

Adam Bourgeois
Operations Assistance
214-753-2291

**From:** Sharon Britton <mrs.sharon.britton@gmail.com>
**Sent:** Tuesday, May 4, 2021 11:34 AM
**To:** Attorney_txnd <Attorney_txnd@txnd.uscourts.gov>
**Subject:** Signed ECF User Registration Form

CAUTION - EXTERNAL:

Please find attached "ECF User Registration, Sharon Britton_000003.pdf" which I have this day signed.

Thank you,

Sharon Britton
mrs.sharon.britton@gmail.com

**1**

252-586-7447 Home

No Fax

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**DuPont™ Tyvek®**
Protect What's Inside.™

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name:
Tel. No.: (      )

UNITED STATES POSTAL SERVICE®

EXPRESS MAIL

EXTREMELY URGENT *Please Rush To Addressee*

FOR PICKUP OR TRACKING CALL 1-800-222-1811

$26.35

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

Ken & Sharon Belton
267 South Sunset Dr
Litchfield, NC 27850

U.S. District Court of Texas
Northern District of Texas
501 West 10th St. Room 310
Ft. Worth, TX
76102

AFFIX POSTAGE OR
CORPORATE ACCOUNT
LABEL HERE

PEEL FROM THIS CORNER

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.