New York Life Insurance Company
(A Delaware Corporation)
Life Claims Administration
PO Box 922
New York NY 10159-0922

February 27, 2019

BARBARA JEAN BROWN FAMILY TRUST
267 S SUNSET DR
LITTLETON NC 27850

Rec'd 3/8/2019

neopost
03/01/2019
US POSTAGE $001.23
ZIP 44107
041M11250668

20838A OE (1/15)

2