# Helping through this difficult time.

## New York Life Claim Kit for Individual Life Insurance and Annuity Death Proceeds


NEW YORK LIFE — The Company You Keep®

4