# Death Benefit Proceeds For Individual Life and Annuities

## Frequently Asked Questions Concerning Death Benefit Proceeds

**Upon notification of an insured's death, how do I obtain a Death Benefit Proceeds form?**

Premium rider, we may be able to consider a claim for Waiver for Premium benefits, even after the insured's

**Compliant Information Benefit**

…: (a) if the death contains the …'s issue date;

**…, may I submit …'s certified death?**
…ptable.

**… beneficiary**

…e made to an …r, such as (i) a …s/Gifts to Minors of the "Person and …gal representative …Number in the …e Death Benefit …sentative should …lary Signature

# Helping you through this difficult time.

5