| | |
|---|---|
| **From:** | Grace Pyun |
| **To:** | mrs.sharon.britton@gmail.com |
| **Subject:** | NYLife v. Barbara Jean Brown Family Trust et al. 4:21-cv-490 |
| **Date:** | Monday, April 05, 2021 1:59:24 PM |
| **Attachments:** | #1- 2.6 - Exhs A-F (00037298xD786C).pdf |
| | #1 Complaint in Interpleader (00037299xD786C).pdf |

Mrs. Britton

Thank you for speaking with me.  Attached is the complaint and exhibits of the Interpleader action that was discussed.  Can you please let me know as soon as possible whether you are willing to waive service of the complaint (vs. being personally served by a process server).  You can also ask whether your attorney will receive service on your behalf.  If you have any questions in the meantime, I can be reached by this email or my number is 212-971-3175 x 109 prior to you retaining representation on this matter.

Thank you,
Grace

**Grace Pyun**

**DOCB**

**d'Arcambal, Ousley & Cuyler Burk LLP**
**40 Fulton Street • Suite 1501**
**New York, NY 10038**
**(ph) 212-971-3175**
**(fx) 212-971-3176**
www.darcambal.com
gpyun@darcambal.com