| | |
|---|---|
| **From:** | Sharon Britton |
| **To:** | "bjslaw@swbell.net" |
| **Subject:** | Bank Safe Deposit, Listing of Contents |
| **Date:** | Saturday, September 08, 2018 1:15:00 PM |
| **Attachments:** | Listing of Bank Safe Deposit Contents, 18 pages, Sep 2018.jpg |

Hi Bob Jr,

First of all, it was so very good to see you for the first time since you and I were in school.  Too many years!

I am attaching 18 pages that I listed on the contents of the safe deposit box at Bank of Prescott that Mama kept.  It is my plan to type this into a more organized document, but thought you might need some of this info before I can accomplish that.

Being signers on the box, Buddy and Polly retrieved the contents on Tuesday, August 28.  Too busy with family, friends and the necessities of making final arrangements, we (Daddy and we children) did not have time to review the contents but the banker's box was kept in a safe place.  Judy and Polly went back to their respective homes while Daddy and I were at the cemetery with Mary Ann (Daddy's niece) and her family on Saturday, September 1, 2018.  On Sunday, after my inquiry, Buddy said he could clear any afternoon that Judy and Polly could make in order to go through the 'box'.  Tuesday afternoon was set.  In order to make that process speedier, Buddy and I agreed a list would satisfy that and provide you with information you might need.

I began the listing on Monday with a lot of detail, but as time was running out before my flight, I had to shorten the detail.  I was up late on Monday night and all night Tuesday before my flight back to NC.   I got it all listed but there was no time for me to read each policy or item.

On the Tuesday afternoon meeting, Daddy and all we children, quickly reviewed the list.  Buddy took the documents relative to the Sonic(s) which were licensee agreements, and plats.  Judy and Polly each took insurance policies and related documents to file claims.  I made notes in the margin of those items on the attached listing.

We also found that the "Barbara Jean Brown Living Trust of March 9, 1998, (as restated on May 29, 2018), did not have all the changes Mama had requested by letter to the attorney Mr. Ross of Ross & Shoalmire, Texarkana, Texas.  Buddy may have already contacted you on this by now.

Following this email, I will send a second listing for the contents of the home safe located in Mama's bedroom closet.

I am so glad Mama placed her trust in you to handle the administration of her wishes.  And I hope that all her children offer respect and cooperation with you towards that accomplishment.  If there is anything I can help with, please let me know.

Thanks so much for all you did or will do for my mama!  Much love to you and your beautiful wife,

Sharon
mrs.sharon.britton@gmail.com
267 South Sunset Dr
Littleton, NC   27850
Home: 252-586-7447
Cell: 252-365-0777  We live near the Lake and do not get a strong, if any, cell signal.  Best phone to call is our home.