### (a)  Singular and Plural; Gender

Unless the context requires otherwise, words denoting the singular may be construed as plural and words of the plural may be construed as denoting the singular. Words of one gender may be construed as denoting another gender as is appropriate within the context.

### (b)  Headings of Articles, Sections, and Subsections

The headings of Articles, Sections, and subsections used within this agreement are included solely for the convenience and reference of the reader. They have no significance in the interpretation or construction of this agreement.

### (c)  Governing Law

Unless the Situs of Administration is changed as provided in Section 12.05, Arkansas law governs the validity and construction of this agreement.

### (d)  Severability

The invalidity or unenforceability of any provision of this agreement shall not affect the validity or enforceability of any other provision of this agreement.

## Grantor and Trustee

I hereby execute this agreement on May __29__, 2018.

I certify that I have read this agreement, that I understand it, and that it correctly states the provisions under which the trust property is to be administered and distributed by my Trustee.

*Barbara Jean Brown*
Barbara Jean Brown, Grantor and Trustee

*Herman Brown*
Herman Brown

STATE OF ARKANSAS )
COUNTY OF NEVADA )

Before me, the undersigned Notary Public, on this day personally appeared Barbara Jean Brown and Herman Brown, known to me (or proved to me through identification) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Given under my hand and official seal this day, May 29, 2018.

KAREN S. McLELLAND
NOTARY PUBLIC - Commission # 12398470
STATE OF ARKANSAS - NEVADA COUNTY
My Commission Expires April 19, 2024

_Karen S McLelland_
Notary Public, State of Arkansas
My commission expires 4-19-2024