# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

New York Life Insurance and Annuity Corp
Plaintiff

v.

4:21-cv-00490-O
Civil Action No.

Barbara Brown Family Trust DTD 3/12/2010,
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

1. Sharon Kay Britton, as Co-Trustee of the Barbara Jean Brown Family Trust DTD 3/12/2010;
2. Ken Britton, as Co-Trustee of the Barbara Jean Brown Family Trust DTD 3/12/2010;

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

1. Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018;
2. New York Life Insurance and Annuity Corporation

| | |
|---|---|
| Date: | 06/07/2021 |
| Signature: | s/ Sharon Britton  s/ Ken Britton |
| Print Name: | Sharon Britton      Ken Britton |
| Bar Number: | Pro se |
| Address: | 267 South Sunset Dr |
| City, State, Zip: | Littleton, NC  27850 |
| Telephone: | 252-586-7447 |
| Fax: | na |
| E-Mail: | mrs.sharon.britton@gmail.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons