UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

**NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION,**

      **Plaintiff,**         Case No.: 4:21-cv-490-O

v.

**Barbara Brown Family Trust DTD 3/12/2010;
Barbara Jean Brown Living Trust DTD 3/12/2010;
Sharon Kay Britton and Ken Britton, as co-Trustees of the
Barbara Jean Brown Family Trust DTD 3/12/2010;
Barbara Jean Brown Living Trust DTD 5/29/2018; Bob Shelton,
as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018,**

      **Defendants.**

---

### APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERPLEADER RELIEF AND SUPPORTING BRIEF

| APP. NO. | DESCRIPTION |
|---|---|
| 1-6 | Attorney Grace Pyun's Declaration in Support of Plaintiff's Motion for Interpleader Relief and Attorneys' Fees |
| 7-16 | Attorney Linda G. Moore's Declaration in Support of Plaintiff's Motion for Interpleader Relief and Attorneys' Fees |

Respectfully Submitted,

/s/ *Linda G. Moore*
Linda G. Moore
State Bar No. 14359500
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd. Suite 2000
Dallas, Texas 75219
(214) 599-4000 (telephone)
(214) 599-4099 (facsimile)

1

        lmoore@estesthornecarr.com

*Counsel for Plaintiff*
*New York Life Insurance and Annuity Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 12, 2021, a true and correct copy of the foregoing document has been served on all counsel of record through the Court's CM/ECF system and the following Defendants:

Harvey G. Joseph
Law Offices of Harvey G. Joseph
P.O. Box 810485
Hjoseph197@aol.com

Sharon Britton
Mrs.sharon.britton@gmail.com

Ken Britton
Mr.ken.britton@gmail.com

        */s/ Linda G. Moore*
        Linda G. Moore