UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

**NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION,**

       **Plaintiff,**　　　　　　　　　　Case No.: 4:21-cv-490-O

v.

**Barbara Brown Family Trust DTD 3/12/2010;
Barbara Jean Brown Living Trust DTD 3/12/2010;
Sharon Kay Britton and Ken Britton, as co-Trustees of the
Barbara Jean Brown Family Trust DTD 3/12/2010;
Barbara Jean Brown Living Trust DTD 5/29/2018; Bob Shelton,
as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018,**

       **Defendants.**

---

### ATTORNEY DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR INTERPLEADER RELIEF AND ATTORNEYS' FEES

Grace Pyun, an attorney duly licensed to practice law in the State of New York, declares under the penalty of perjury as follows:

    1.    I am an attorney at the law firm of d'Arcambal Ousley & Cuyler Burk LLP ("DO&CB"), national counsel for Plaintiff New York Life Insurance and Annuity Corporation ("NYLIAC"). On behalf of NYLIAC, DO&CB engaged Estes Thorne & Carr PLLC to act as local counsel for NYLIAC in the referenced action. I make this Declaration on the basis of personal knowledge of the matters set forth herein, and I am competent to testify to the same.

    2.    I am familiar with the file in this case and the pleadings and other papers filed herein. This Declaration is submitted in support of NYLIAC's Motion for Interpleader Relief to be dismissed from the action and recover its attorneys' fees and costs in this action.

APP. 0001

3. I am familiar with the timekeeping records kept and maintained by DO&CB attorneys and paralegals with respect to the time expended and tasks performed by the DO&CB attorneys and paralegals on the firm's client matters. DO&CB keeps these timekeeping records in the course of a regularly conducted business activity, and it is the regular practice of this law firm to keep such business records. All such records are made at or near the time of the act or events described in them, by or from information transmitted by a person with knowledge.

4. I follow DO&CB's timekeeping procedures, which require attorneys and paralegals to record their time on a daily basis. I personally enter my time into a computerized time-keeping program, which keeps track of my time entries. I enter my time during the day as I perform tasks for each client matter on which I work that day. At the end of the month, an invoice is generated by DO&CB's accountant. These invoices are reviewed by the billing partners, and once they have been verified for accuracy and completeness, the invoices are then sent to the client for payment.

5. I am familiar with the timekeeping records kept and maintained by DO&CB with respect to the time expended and tasks performed by the DO&CB attorneys and paralegals in this case. During the time I have been representing NYLIAC in this matter, all of my own timekeeping records were kept and maintained in accordance with the above described process, as were the time records of all other attorneys and/or paralegals who worked on this matter. I have personally reviewed all of the time records relating to NYLIAC's representation throughout this litigation.

6. NYLIAC has incurred legal fees in connection with pursuing its rights and remedies herein as a neutral stakeholder and properly interpleading party. I certify that the fees

for the legal services DO&CB has provided to NYLIAC during the course of this lawsuit from April 1, 2021 through July 12, 2021 amount to $12,522.50.

7.  I submit the attached itemization of fees to assist the Court in determining appropriate or reasonable interpleader fees and costs in light of the amount of the interpleader funds and the legal services required.

8.  The charges for the attorneys and paralegals appearing in the itemization are hourly rates negotiated with this client for its Interpleader litigation. In certain instances in this matter, time actually incurred has been reduced by me and/or the billing partners as believed appropriate in relation to the amount in controversy and complexity of the particular service performed.

Dated: New York, New York
       July 12, 2021

                                        Respectfully Submitted,

                                        /s/ Grace Pyun
                                        _____

                                        Grace Pyun
                                        d'Arcambal Ousley & Cuyler Burk, LLP
                                        40 Fulton Street, Suite 1015
                                        New York, NY  1008
                                        (212) 971-3175
                                        (212) 971-3176 (fax)
                                        gpyun@darcambal.com
                                        *Counsel for Plaintiff*
                                        *New York Life Insurance and Annuity Corporation*

3

New York Life Insurance and Annuity Corporation v. Barbara Brown Family Trust DTD 3/12/2010 et.al.

d'Arcambal Ousley & Cuyler Burk LLP Attorneys' Fees

| Date | Person | Time | Rate | Subtotal | Description |
|---|---|---|---|---|---|
| 3/22/2021 | GBP | 0.5 | $ 300.00 | $ 150.00 | L110/ A104: Review initial case referral and receive client documents. |
| 3/23/2021 | GBP | 1.4 | $ 300.00 | $ 420.00 | L100/ A104: Review claim documents and correspondence. |
| 3/25/2021 | GBP | 3.1 | $ 300.00 | $ 930.00 | L100/ A104: Revise case file and strategize next steps. |
| 3/25/2021 | DAC | 0.3 | $ 300.00 | $ 90.00 | L190/ A104: Strategize regarding drafting complaint. |
| 3/26/2021 | GBP | 0.5 | $ 300.00 | $ 150.00 | L110/ A102: Research location and contact potential claimants to interpleader action. |
| 3/26/2021 | GBP | 2.7 | $ 300.00 | $ 810.00 | L210/ A103: Draft complaint in interpleader. |
| 3/30/2021 | DAC | 0.3 | $ 300.00 | $ 90.00 | L210/ A104: Strategize regarding draft complaint. |
| 3/30/2021 | DAC | 1 | $ 300.00 | $ 300.00 | L210/ A103: Revise and edit draft complaint. |
| 3/31/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L210/ A104: Review and respond to client comments on complaint. |
| 4/1/2021 | DAC | 0.2 | $ 300.00 | $ 60.00 | L210/ A103: Correspond with local counsel regarding filing complaint and related issues. |
| 4/1/2021 | DAC | 0.6 | $ 300.00 | $ 180.00 | L210/ A103: Finalize complaint and exhibits for filing. |
| 4/5/2021 | GBP | 0.6 | $ 300.00 | $ 180.00 | L210/ A108: Correspond with defendant regarding service of complaint and trust documents. |
| 4/5/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L210/ A107: Correspond with outside counsel regarding representation and retain new local counsel. |
| 4/6/2021 | GBP | 0.5 | $ 300.00 | $ 150.00 | L210/ A107: Correspond with local counsel regarding scope of representation and issuance of summons. |
| 4/7/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L210/ A106: Correspond with client regarding status of pleadings. |
| 4/7/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L210/ A107: Correspond with local counsel regarding trust issue and review summons. |
| 4/7/2021 | DAC | 0.2 | $ 300.00 | $ 60.00 | L210/ A107: Strategize regarding Texas statute providing that trusts cannot be sued. |
| 4/8/2021 | GBP | 0.1 | $ 300.00 | $ 30.00 | L210/ A101: Distribute summons for service and correspond with defendant regarding waiver of service. |
| 4/9/2021 | FS | 0.3 | $ 125.00 | $ 37.50 | L190/ A108: Telephone call to court re obtaining payee information for interpleader deposit of funds. |
| 4/13/2021 | FS | 0.3 | $ 125.00 | $ 37.50 | L190/ A110: Prep file for service of process. |
| 4/13/2021 | FS | 0.5 | $ 125.00 | $ 62.50 | L190/ A103: Prepare notice and waivers of service of summons for defendants. |
| 4/13/2021 | GBP | 0.8 | $ 300.00 | $ 240.00 | L210/ A108: Correspond with defendants regarding interpleader action and answer. |
| 4/14/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L210/ A108: Correspond with claimants regarding filing answer pro se with the court and waiver of service. |
| 4/15/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L210/ A108: Correspond with claimant on providing a revised waiver of service. |
| 4/19/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L210/ A104: Review filed affidavits of service and compute time to answer. |

| Date | Tkpr | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/21/2021 | GBP | 0.6 | $ 300.00 | $ 180.00 | L210/ A104: Analyze service issue related to defendant trust and strategize next steps. |
| 4/21/2021 | FS | 0.2 | $ 125.00 | $ 25.00 | L190/ A108: Telephone call to court re status of deposit of interpleader funds. |
| 4/22/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L120/ A106: Correspond with client regarding trust issue and contacting agent. |
| 4/23/2021 | GBP | 0.1 | $ 300.00 | $ 30.00 | L110/ A106: Correspond with client on scheduling call with agent. |
| 4/26/2021 | GBP | 0.5 | $ 300.00 | $ 150.00 | L120/ A108: Correspond with defendant trustee regarding potential stipulation to distribute proceeds. |
| 4/28/2021 | GBP | 1.3 | $ 300.00 | $ 390.00 | L110/ A108: Prepare for and correspond with NYL agent regarding trust identification issue. |
| 4/29/2021 | GBP | 0.8 | $ 300.00 | $ 240.00 | L250/ A103: Draft motion to deposit and proposed order. |
| 4/29/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L160/ A108: Correspond with defendant regarding potential stipulation and resolution. |
| 4/30/2021 | GBP | 1 | $ 300.00 | $ 300.00 | L250/ A103: Draft and revise motion to deposit and proposed order. |
| 5/3/2021 | GBP | 0.1 | $ 300.00 | $ 30.00 | L160/ A104: Check status of second check. |
| 5/4/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L250/ A106: Correspond with client regarding court's order and request checks. |
| 5/4/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L210/ A108: Correspond with defendants regarding status of case and deposit of death benefit. |
| 5/6/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L250/ A103: Draft motion for interpleader. |
| 5/6/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L250/ A101: Review and prepare check deposit with the registry of the court. |
| 5/11/2021 | GBP | 0.6 | $ 300.00 | $ 180.00 | L210/ A104: Review defendant's answer and strategize next steps of case. |
| 5/12/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L120/ A108: Correspond with claimant's counsel regarding possible stipulation of deposit. |
| 5/18/2021 | GBP | 0.1 | $ 300.00 | $ 30.00 | L250/ A104: Review case docket for deposit of funds. |
| 5/19/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L100/ A107: Review local counsel's correspondence regarding declined stipulation. |
| 5/20/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L230/ A101: Review court deadlines for joint report and meet and confer. |
| 5/20/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L230/ A107: Correspond with local counsel regarding meet and confer. |
| 5/21/2021 | GBP | 0.1 | $ 300.00 | $ 30.00 | L230/ A107: Review local counsel's correspondence regarding joint report. |
| 5/25/2021 | GBP | 0.5 | $ 300.00 | $ 150.00 | L230/ A107: Correspond with local counsel regarding meet and confer to strategize next steps. |
| 5/25/2021 | GBP | 0.8 | $ 300.00 | $ 240.00 | L240/ A103: Draft motion for interpleader. |
| 5/26/2021 | GBP | 2.5 | $ 300.00 | $ 750.00 | L190/ A103: Draft settlement demand letter. |
| 5/26/2021 | DAC | 0.6 | $ 300.00 | $ 180.00 | L190/ A104: Advise regarding and edit letter to claimant regarding unreasonable refusal to settle. |
| 6/2/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L240/ A103: Draft motion for interpleader relief. |
| 6/2/2021 | GBP | 1.1 | $ 300.00 | $ 330.00 | L230/ A103: Draft joint report and initial disclosures. |
| 6/2/2021 | GBP | 0.6 | $ 300.00 | $ 180.00 | L160/ A103: Prepare settlement demand letter to send to defendant's counsel. |
| 6/4/2021 | GBP | 0.9 | $ 300.00 | $ 270.00 | L230/ A103: Revise proposed joint report and initial disclosures. |
| 6/4/2021 | DAC | 0.3 | $ 300.00 | $ 90.00 | L190/ A104: Review and edit proposed Rule 26 report. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/7/2021 | GBP | 0.6 | $ 300.00 | $ 180.00 | L210/ A104: Review amended answer of Defendant Sharon Britton to strategize next steps of case. |
| 6/8/2021 | DAC | 0.1 | $ 300.00 | $ 30.00 | L190/ A107: Advise regarding case strategy. |
| 6/8/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L160/ A108: Correspond with defendant's counsel regarding deposited funds. |
| 6/8/2021 | GBP | 0.4 | $ 300.00 | $ 120.00 | L250/ A107: Correspond with outside counsel and adverse claimants regarding joint report. |
| 6/15/2021 | DAC | 0.1 | $ 300.00 | $ 30.00 | L190/ A104: Strategize regarding motion for interpleader relief. |
| 6/15/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L100/ A107: Review settlement demand response and prepare next steps of the case. |
| 6/17/2021 | GBP | 0.6 | $ 300.00 | $ 180.00 | L120/ A104: Analyze release and motion for interpleader relief issues. |
| 6/17/2021 | GBP | 0.3 | $ 300.00 | $ 90.00 | L100/ A108: Correspond with defendant's counsel regarding final offer for stipulation. |
| 6/17/2021 | ALC | 0.6 | $ 300.00 | $ 180.00 | L120/ A104: Strategize regarding case analysis, options, and recommendation to client. |
| 6/22/2021 | GBP | 1.6 | $ 300.00 | $ 480.00 | L430/ A103: Draft motion for interpleader relief. |
| 6/22/2021 | GBP | 0.2 | $ 300.00 | $ 60.00 | L320/ A108: Distribute initial disclosures to parties. |
| 6/23/2021 | GBP | 0.8 | $ 300.00 | $ 240.00 | L250/ A103: Draft attorney declarations for motion for attorneys' fees. |
| 6/23/2021 | GBP | 0.8 | $ 300.00 | $ 240.00 | L250/ A103: Draft motion for interpleader. |
| 6/25/2021 | GBP | 1.5 | $ 300.00 | $ 450.00 | L250/ A103: Draft motion for interpleader. |
| 6/28/2021 | GBP | 0.5 | $ 300.00 | $ 150.00 | L250/ A108: Correspond with claimants and local counsel regarding case next steps. |
| 7/1/2021 | GBP | 0.30 | $ 300.00 | $ 90.00 | L210/ A108: Correspond with defendant regarding motion for interpleader relief. |
| 7/1/2021 | DAC | 0.3 | $ 300.00 | $ 90.00 | A104: L250/ Advise regarding motion papers. |
| 7/2/2021 | GBP | 1.3 | $ 300.00 | $ 390.00 | L250/ A103: Revise motion for interpleader. |
| | | 42.5 | | $12,522.50 | |