IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.  4:21-cv-0490-O |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010, ET AL., | § § § § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF CONFERENCE TO ITS OPPOSED MOTION FOR RELIEF IN INTERPLEADER AND DISMISSAL

Plaintiff New York Life Insurance and Annuity Company files this Certificate of Conference to its Opposed Motion for Interpleader Relief and Dismissal [ECF #22] and states:

On July 12, 2021, I conferred with Harvey Joseph, attorney for Defendant Bob Shelton as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018, and he stated that his client opposed Plaintiff's Motion.  Previously, I also conferred with Defendant Sharon Kay Britton, one of the Trustees of the Barbara Jean Brown Family Trust DTD 3/12/2010, about Plaintiff's Motion and she stated that she was opposed to Plaintiff's Motion.

Respectfully submitted,

/s/ *Linda G. Moore*
Linda G. Moore
State Bar No. 14359500
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone:  (214) 599-4000
Telecopier: (214) 599-4099
lmoore@estesthornecarr.com

ATTORNEY FOR PLAINTIFF NEW YORK LIFE
INSURANCE AND ANNUITY CORPORATION

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Certificate of Conference was electronically filed and forwarded to all counsel and parties on this 12th day of July 2021 through the Court's CM/ECF system:

Harvey G. Joseph
Law Offices of Harvey G. Joseph
P.O. Box 810485
Hjoseph197@aol.com

Sharon Britton
Mrs.sharon.britton@gmail.com

Ken Britton
Mr.ken.britton@gmail.com

*/s/ Linda G. Moore*
Linda G. Moore