IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:21-cv-0490-O |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010, ET AL., | § § § § | |
| Defendants. | § § | |

**DEFENDANTS SHARON KAY BRITTON AND KEN BRITTON
RESPONSE TO ORDER (ECF NO. 25) REGARDING PLAINTIFF'S
<u>MOTION FOR INTERPLEADER RELIEF (ECF NO. 22)</u>**

Defendants Sharon Kay Britton and Ken Britton do not oppose Plaintiff's Motion for Interpleader Relief (ECF No. 22), filed July 12, 2021.

Dated: July 19, 2021

Respectfully submitted,

/s/ Sharon Kay Britton
Sharon Kay Britton
267 South Sunset Dr.
Littleton, NC   27850
Telephone: (252) 586-7447
mrs.sharon.britton@gmail.com
*Pro Se*

/s/ Ken Britton
Ken Britton
267 South Sunset Dr.
Littleton, NC   27850
Telephone: (252) 586-7447
mr.ken.britton@gmail.com
*Pro Se*

1

## CERTIFICATE OF SERVICE

We hereby certify that on July 20, 2021, a true and correct copy of the foregoing document has been served on all counsel of record through the Court's CM/ECF system.

Linda G. Moore
State Bar No. 14359500
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Telephone: (214) 599-4000
Telecopier: (214) 599-4099
lmoore@estesthornecarr.com

Harvey G. Joseph
Law Offices of Harvey G. Joseph
P.O. Box 810485
Hjoseph197@aol.com

/s/ Sharon Kay Britton
Sharon Kay Britton