IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018, | § § § § § § § § § § § § § | Civil Action No.  4:21-cv-00490-O |
| Defendants. | § § | |

## ORDER

Before the Court is Defendant's Motion for Leave to File Counterclaim (ECF No. 30), filed July 27, 2021. Plaintiff is opposed to the Motion. Accordingly, Plaintiff is **ORDERED** to file its response briefing no later than August 2, 2021. Defendant may reply no later than August 5, 2021.

**SO ORDERED** on this **28th day of July, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE