**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION,**

    **Plaintiff,**

v.                                                                Case No.: 4:21-cv-490-O

**Barbara Brown Family Trust DTD 3/12/2010;
Barbara Jean Brown Living Trust DTD 3/12/2010;
Sharon Kay Britton and Ken Britton, as co-Trustees of the
Barbara Jean Brown Family Trust DTD 3/12/2010;
Barbara Jean Brown Living Trust DTD 5/29/2018; Bob Shelton,
as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018,**

    **Defendants.**

## **ORDER**

Before the Court is Defendant's Motion for Leave to File Counterclaim (ECF No. 30), filed July 27, 2021, Plaintiff's Response (ECF No. __), filed August 2, 2021, and Defendant's Reply (ECF No. __). The Court finds that Defendant's Motion for Leave to File Counterclaim should be DENIED.

**SO ORDERED** on this ____ day of _____ 2021.

                                                             Reed O' Connor
                                                            UNITED STATES DISTRICT JUDGE