IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § §   Civil Action No. 4:21-cv-00490-O |

**ORDER ON DEFENDANT BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018 MOTION REGARDING DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO RULE 59(e) MOTION TO ALTER OR AMEND JUDGMENT/MOTION FOR RECONSIDERATION**

The Court having reviewed Defendant Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018's Motion Regarding Deadline to File Reply to Plaintiff's Response to Rule 59(e) Motion to Alter or Amend Judgment/Motion for Reconsideration.

The Court, having considered the Motion, finds that Defendant's Motion is well-founded and should be **GRANTED**.  It is, therefore,

1

**ORDERED** that Defendant Bob Shelton, as Trustee of Barbara Jean Brown Living Trust Dtd 5/29/2018 Motion Regarding Deadline to File Reply to Plaintiff's Response to Rule 59(e) Motion to Alter or Amend Judgment/motion for Reconsideration State Farm Lloyds' Motion to Dismiss is **GRANTED**.

ENTERED this _____ day of _____, 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE