IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § §    Civil Action No. 4:21-cv-00490-O |

## NOTICE OF APPEAL

Notice is hereby given that Bob J. Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit, sitting in New Orleans, Louisiana, from an Order entered in this action on August 2, 2021 (Doc. 33) granting; (1) Plaintiff New York Life Insurance and Annuity Corporation's ("New York Life") Motion for Interpleader Relief; (2) discharging New York Life from the interpleader action; (3) awarding New York Life five thousand dollars ($5,000.00) in attorneys fees, disbursements and costs incurred in connection with this action to be distributed to

1

New York Life's counsel of record from the funds on deposit ; (4) permanently enjoining Defendant Bob J. Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018 from instituting or prosecuting any claims or actions in any forum against New York Life with respect to the death benefits and/or the policies; and (5) denying Defendant Bob J. Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018's request for attorneys fees and costs.

Notice is further given that Bob J. Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit, sitting in New Orleans, Louisiana, from an Order entered in this action on September 14, 2021 (Doc. 36) denying Defendant Bob J. Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018's Rule 59(e) Motion to Alter or Amend Judgment/Motion for Reconsideration and Brief in Support. (Doc. 34).

Respectfully submitted,

/s/      Harvey G. Joseph
HARVEY G. JOSEPH
State Bar No. 11027850
**LAW OFFICES OF HARVEY G. JOSEPH**
P.O. Box 810485
Dallas, Texas 75381-0485
(214) 769-6078 (telephone)
(214) 426-1246 (facsimile)
hjoseph197@aol.com
ATTORNEY FOR BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018

## CERTIFICATE OF SERVICE

    This is to certify that on this, the 13th day of October, 2021, a true and correct copy of the foregoing document has been personally served, as indicated below:

| | |
|---|---|
| Ms. Linda G. Moore<br>**ESTES THORNE & CARR PLLC**<br>3811 Turtle Creek Blvd. Suite 2000<br>Dallas, Texas 75219<br>lmoore@estesthornecarr.com | ✔ Via Electronic Service<br>_____ Via Certified Mail, RRE<br>_____ Via Facsimile<br>_____ Via Regular Mail |
| Sharon Kay Britton and Ken Britton<br>267 South Sunset Dr.<br>Littleton, North Carolina 27850<br>Mrs.sharon.britton@gmail.com<br>Mr.ken.britton@gmail.com | ✔ Via Electronic Service<br>_____ Via Certified Mail, RRE<br>_____ Via Facsimile<br>_____ Via Regular Mail |

                                                    /s/   Harvey G. Joseph
                                                  HARVEY G. JOSEPH