IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018, | § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00490-O |
| Defendants. | § § | |

## ORDER

On January 20, 2022, the Court entered an Order granting the parties' Agreed Motion to Release Interpleader Funds to Bob Shelton, as Trustee of Barbara Jean Brown Living Trust DTD 5/29/2018 (ECF No. 40), filed December 12, 2021. At the same time, several issues are currently on interlocutory appeal before the Fifth Circuit. *See* Court of Appeals Docket No. 21-11037. Under the Scheduling Order (ECF No. 21) issued June 8, 2021, this case is set for trial on the Court's four-week docket beginning April 18, 2022.

Accordingly, the Court **ORDERS** the parties to submit a status report regarding the appeal timeline and upcoming trial date, and whether the dates should be stayed pending completion of the appeal, **no later than February 24, 2022.**

**SO ORDERED** on this **17th day** of **February, 2022.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**