IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BARBARA BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 3/12/2010; SHARON KAY BRITTON AND KEN BRITTON, AS CO-TRUSTEES OF THE BARBARA JEAN BROWN FAMILY TRUST DTD 3/12/2010; BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018; BOB SHELTON, AS TRUSTEE OF BARBARA JEAN BROWN LIVING TRUST DTD 5/29/2018, | § § § § § § § § § § § § § § § | Civil Action No.  4:21-cv-00490-O |
| Defendants. | § § | |

## ORDER

On February 23, 2022, the parties filed a Joint Status Report (ECF No. 44) as required by the February 17 Order (ECF No. 43). The parties jointly request that all deadlines, including the upcoming trial date, be stayed until the Fifth Circuit resolves the appeal of Defendant Bob Shelton. *See* ECF No. 44. Having considered the report, the Court finds that the request should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED** that this case remain stayed pending appeal. No more than twenty days after the Fifth Circuit resolves the appeal, the parties are **ORDERED** to file a proposed scheduling order on this docket. The trial currently scheduled to begin April 18, 2022, is cancelled.  The clerk shall administratively close this case for statistical purposes.

**SO ORDERED** on this **1st day** of **March, 2022.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**